UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

| | |
|---|---|
| STEPHEN P. AMOS,            ) | |
| )                           | |
| Appellant,         )        | |
| )                           | Case No. 12-7119 |
| v.                         ) | |
| )                           | |
| THE DISTRICT OF COLUMBIA,  ) | |
| )                           | |
| Appellee.          )        | |

---

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Pursuant to the Court's November 13, 2012 Order, Appellant, Stephen P. Amos, ("Amos") files the following Certificate as to Parties, Rulings, and Related Cases:

**I.   Parties**

Amos is the Appellant. The District of Columbia is the Appellee. There are no intervenors or *amici curiae* at this time.

**II.  Rulings**

In Case No. 12-7119 Amos appeals the District Court's May 9, 2012 and October 19, 2012 denial of Amos's motion for judgment notwithstanding the verdict, and in the alternative, a new trial and Amos's renewed motion for judgment notwithstanding the verdict, or in the alternative, a new trial.

**III. Related Cases**

This case originated in the U.S. District Court for the District of Columbia. Amos' appeal from the District Court's denial of judgment notwithstanding the verdict has been docketed as no. 12-7119. Counsel for Amos is unaware of any other related cases.

1

Respectfully submitted,

_____/s/_____
Adam Augustine Carter, D.C. Bar 437381
R. Scott Oswald, D.C. Bar 458859
The Employment Law Group, P.C.
888 17th Street, NW, 9th Floor
Washington, D.C. 20006
(202) 261-2803
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.com
acarter@employmentlawgroup.com
*Counsel for Appellant*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 13th day of December, 2012, the foregoing Certificate of Parties, Rulings and Related Cases was served upon the following via ECF:

Thomas Koger, Esq.
Bradford Patrick, Esq.
Office of the Attorney General for the District of Columbia
441 4th Street NW, 6th Floor South
Washington, D.C. 20001
(202) 727-4170
(202) 727-6295 (facsimile)
thomas.koger@dc.gov
*Counsel for Defendant*

                                                          _____/s/_____
                                                            Adam Augustine Carter