IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STEPHEN P. AMOS, | ) |
| Appellant, | ) |
| v. | ) No. 12-7119 |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| Appellees. | ) |

**CERTIFICATE OF COUNSEL FOR APPELLEE DISTRICT OF COLUMBIA AS TO PARTIES, RULINGS, AND RELATED CASES**

The appellee District of Columbia furnishes the following information about this case on appeal pursuant to D.C. Cir. R. 28(a)(1):

1. *Parties and Amici*. The plaintiff/appellant is Stephen P. Amos. The defendant/appellee is the District of Columbia. Emeka C. Moneme and Peter J. Nickles were also named as defendants. No intervenors or amici appeared below or, thus far, in this Court.

2. *Rulings under Review*. The appellant has appealed from the order denying the plaintiff's motion for judgment notwithstanding the verdict or in the alternative a new trial entered in this action by U.S. District Judge Rosemary M. Collyer on October 19, 2012. The decision is not published.

3. *Related Cases*. The case on appeal has not otherwise been before this Court or any other court, and undersigned counsel is unaware of any related cases pending in this Court or any other court.

>Respectfully submitted,
>
>IRVIN B. NATHAN
>Attorney General for the District of Columbia
>
>TODD S. KIM
>Solicitor General
>
>DONNA M. MURASKY
>Deputy Solicitor General
>
>/s/ Carl J. Schifferle
>CARL J. SCHIFFERLE [463491]
>Assistant Attorney General
>Office of the Solicitor General
>Office of the Attorney General
>441 4th Street N.W.
>Suite 600 South
>Washington, D.C. 20001
>(202) 724-6624
>carl.schifferle@dc.gov

## CERTIFICATE OF SERVICE

I certify that on December 13, 2012, electronic copies of this certificate of counsel were served through the Court's ECF system, to:

    Adam Augustine Carter, Esq.
    acarter@employmentlawgroup.com

                  /s/ Carl J. Schifferle
                  CARL J. SCHIFFERLE